UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CRIM. NO.: 5:24-CR-00289-M-KS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) NOTICE OF SUBSTITUTION OF<br>) COUNSEL |
| VIDAUL RASHAAD REED, ET AL | )<br>) |

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and hereby requests that the undersigned attorney be substituted as counsel for the Government and that ROBERT J. DODSON be removed from the court's docket as counsel for the Government and his association with this matter terminated.

Respectfully submitted, this 11th day of February 2025.

                                      DANIEL P. BUBAR
                                      Acting United States Attorney

BY:    */s/ Charity L. Wilson*
          CHARITY L. WILSON
          Assistant United States Attorney
          Criminal Division
          United States Attorney's Office, EDNC
          300 N. 3rd Street, Suite 120
          Wilmington, NC 28401
          Charity.wilson@usdoj.gov
          Telephone: 919-628-9975
          NC State Bar No. 31584

CERTIFICATE OF SERVICE

      This is to certify that I have this 11th day of February 2025 served a copy of the foregoing Government's **Notice of Substitution of Counsel** upon the defendant by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

**Elliot Sol Abrams**
Cheshire Parker Schneider, PLLC
P.O. Box 1029
133 Fayetteville St.
4th Floor (27601)
Raleigh, NC 27602
919-833-3114
Email: elliot.abrams@cheshirepark.com

**Geoffrey W. Hosford**
Hosford & Hosford, P.C.
P. O. Box 1653
Wilmington, NC 28402
910-251-8333
Email: ghosford@att.net

**Scott L. Wilkinson**
Scott L. Wilkinson & Associates, P.C.
2802 Anderson Drive, Suite 101
Raleigh, NC 27608-1506
919-614-4944
Email: swilkinson1@nc.rr.com

**Neil Wallace Morrison**
916 East Street #367
Pittsboro, NC 27312
252-902-4936
Email: neil@neilmorrisonlaw.com

**F. Hill Allen , IV**
Tharrington Smith
150 Fayetteville Street
Suite 1800
Raleigh, NC 27601
919-821-4711
Email: hallen@tharringtonsmith.com

**Erin Wilson**
Cheshire Parker Schneider, PLLC
Post Office Box 1029
133 Fayetteville Street, Suite 500
Raleigh, NC 27602
919-833-3114
Email: erin.wilson@cheshirepark.com

**Hayes S. Ludlum**
Ludlum Law Firm
P. O. Box 711
Warsaw, NC 28398
910-293-2000
Email: hludlum@ludlumlawfirm.com

**Patrick B. Weede**
Weede Law, PLLC
8801 Fast Park Drive
Suite 301
Raleigh, NC 27617
919-891-5015
Email: pbweede@weedelaw.com

**Thomas Reston Wilson**
Greene, Wilson, Crow
401 Middle Street
New Bern, NC 28563
252-634-9400
Email: twilson@nctriallawyer.com

**Colin Alexander Shive**
Tharrington Smith, LLP
150 Fayetteville Street, Suite 1800
Post Office Box 1151
Raleigh, NC 27602-1151
919-821-4711
Email: CShive@tharringtonsmith.com

**Myron T. Hill, Jr.**
The Hill Law Firm, P.C.
200 E. 4th St.
Greenville, NC 27858
252-758-1403x247
Email: mhill@hilllawfirmnc.com

**Joel Merritt Wagoner**
The Wagoner Law Firm, PLLC
401 Chestnut St., Suite K
Wilmington, NC 28401
910-341-4529
Email: wags3reba@yahoo.com

**Marshall H. Ellis**
Hornthal, Riley, Ellis & Maland, LLP
301 East Main Street
Elizabeth City, NC 27909
252-335-0871
Email: mellis@hrem.com

**William F. Finn , Jr.**
Sandman, Finn & Fitzhugh
7101 Creedmoor Rd., Suite 122
Raleigh, NC 27613
919-845-6688
Email: bill@ccdattorneys.com

**Paul K. Sun , Jr**
Ellis & Winters
PO Box 33550
Raleigh, NC 27636-3550
919-865-7000
Email: paul.sun@elliswinters.com

**Brett T. Wentz**
Wentz Law, PLLC
401 Chestnut St., Suite C
Wilmington, NC 28401
910-256-8044
Email: brett@brettwentzlaw.com

**Joseph E. Zeszotarski , Jr.**
Gammon & Zeszotarski, PLLC
P.O. Box 1127
Raleigh, NC 27602
919-521-5878
Email: jzeszotarski@ghz-law.com

**Michael A. Goldsticker**
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
919-835-4626
Email: michaelgoldsticker@parkerpoe.com

**Kelly Margolis Dagger**
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636
919-573-1292
Email: kelly.dagger@elliswinters.com

BY: /s/ *Charity L. Wilson*
CHARITY L. WILSON
Assistant United States Attorney
Criminal Division
United States Attorney's Office, EDNC
300 N. 3rd Street, Suite 120
Wilmington, NC 28401
Charity.wilson@usdoj.gov
Telephone: 919-628-9975
NC State Bar No. 31584